```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 1:11-CR-462-WSD-GGB |
| | : | |
| GUADALUPE FLORES, et al. | : | |
| | : | |
| Defendants. | : | |

## BILL OF PARTICULARS

NOW COMES the United States of America and hereby files this Bill of Particulars specifying certain property subject to forfeiture under the forfeiture provision of the above-captioned Indictment:

    a.    $757.00 in U.S. Currency.

                                        SALLY QUILLIAN YATES
                                        UNITED STATES ATTORNEY

                                        /s/ Dahil D. Goss
                                        DAHIL D. GOSS
                                        ASSISTANT U.S. ATTORNEY
                                        GEORGIA BAR NO. 302905
                                        600 U.S. COURTHOUSE
                                        75 SPRING STREET, S.W.
                                        ATLANTA, GEORGIA 30303
                                        (404)581-6245 – PHONE
                                        (404)581-6234 – FAX
                                        Dahil.Goss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have prepared the foregoing Bill of Particulars in compliance with Local Rule 5.1, NDGa., using Courier New 12-point type and have this day electronically filed the document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Nicole Kaplan<br>Nicole_kaplan@fd.org | Bruce Harvey<br>bruce@bharveylawfirm.com |
| Jeffrey Manciagli<br>Jeff.manciagli@gmail.com | Ann Shafer<br>anntshafer@gmail.com |
| Stephen Scarborough<br>steve@scarboroughdefender.com | Michael Trost<br>michaeljtrost@yahoo.com |
| Lawrence Zimmerman<br>lawjzimm@gmail.com | Bernard Brody<br>bbrody@brodylawfirm.com |

This 22nd day of February, 2012.

/s/ Dahil D. Goss
DAHIL D. GOSS
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 302905